-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

EUGENE JONES, 95B1881,

        Plaintiff,

        -v-

C.O. T. LINDBLAD, SGT. J. SMITH,
C.O. G. MARTIN, C.O. D. STAIGHT,
C.O. THATHER, C.O. JOHN DOE #1,
C.O. JOHN DOE #2, NURSE FULLER,
JAMES ESGROW, R.N. JOHN DOE #3,
SGT. JOHN DOE #4, C.O. JOHN DOE #5,
C.O. JOHN DOE #6, R.N. JOHN DOE #7,
R.N. G. BENNET,
NURSE PRACTITIONER JOHN DOE #8,
C.O. JOHN DOE #9,
NURSE PRACTIONER S. MILLER,
and DR. KANG LEE,

        Defendants.

_____

DECISION AND ORDER
05-CV-0814F

      Plaintiff, who is incarcerated in the Sullivan Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has both met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

      The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: April 20, 2006
Rochester, New York